| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Hyongsoon Kim (Cal. Bar No. 257019)<br>AKIN GUMP STRAUSS HAUER& FELD LLP<br>4 Park Plaza, Suite 1900<br>Irvine, CA 92614<br>Tel: 949-885-4100<br>Fax: 949-885-4101<br>kimh@akingump.com<br><br><br><br>*Attorney for:* Plaintiff David Sun | FOR COURT USE ONLY |
|---|---|

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re:<br>NIKOLA SKRBIC, | CASE NO.: 8:23-bk-10459-SC<br><br>ADVERSARY NO.: 8:23-ap-01054-SC<br><br>CHAPTER: 7 |
|---|---|
| Debtor(s). | |
| DAVID SUN,<br><br><br><br><br>Plaintiff(s).<br>vs.<br>NIKOLA SKRBIC,<br>SL RESTAURANTS, LLC, &<br>AZURITO, LLC,<br><br><br>Defendant(s). | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]** |
| | [No hearing required per LBR 2090-1(b)(6)] |

1. I, <u>Nicholas R. Lombardi</u>_____, apply to the court under LBR 2090-1(b) for permission to appear and participate in the above-entitled action on behalf of the following named party, by whom I have been retained (*specify name of party*):

   Plaintiff David Sun

2. I have paid the required fee specified in LBR 2090-1(b)(5) to the United States District Court and have attached a copy of the receipt.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016                                      Page 1                           F 2090-1.2.APP.NONRES.ATTY

3. I am a lawyer with the following law firm (*specify name and address of law firm*):

    AKIN GUMP STRAUSS HAUER & FELD LLP
    2300 N. Field St., Suite 1800, Dallas, TX 75201

4. I am a member in good standing and eligible to practice before the following courts and admitted to practice on the following dates (*specify name of each such jurisdiction and my date of admission to practice in each such jurisdiction*):

    District of Columbia Bar 11/18/2019; New York State Bar 10/22/2018; Texas State Bar 3/4/2022

5. I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the state of California. I am not currently suspended or disbarred in any court.

6. I have concurrently or within the past 36 months made pro hac vice applications to this court in the following actions:

| Court | Case Number | Title of Action | Date of Application | Disposition of Application |
|-------|-------------|-----------------|---------------------|----------------------------|
|       |             |                 |                     |                            |

7. I ☐ have ☒ have not been disciplined by any court or administrative body ☐ disciplinary proceedings are pending; details are as follows:




    I ☐ resigned ☐ did not resign while disciplinary proceedings were pending.

8. I certify that I have read the LBRs, the FRBP, the F.R.Civ.P., and the F.R.Evid., in their entirety.

9. I designate the following person of the following law firm, who is a member of the bar of this court and maintains an office in this district for the practice of law, as the attorney with whom the court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served:

    Name of attorney (Designee):

    Hyongsoon Kim

    Name and address of law firm, or residence address:

    AKIN GUMP STRAUSS HAUER & FELD LLP
    4 Park Plaza, Suite 1900
    Irvine, CA 92614

    Telephone number of law firm: (949) 885-4100

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016                                    Page 2                          F 2090-1.2.APP.NONRES.ATTY

10. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 06/23/2023

_[signature]_
Signature of applicant

Nicholas R. Lombardi
Printed name of applicant

### CONSENT OF DESIGNEE

I consent to the foregoing designation.

Date: 06/23/2023

Signature of Designee

Hyongsoon Kim
Printed name of Designee

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016                                Page 3                         F 2090-1.2.APP.NONRES.ATTY

10. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 06/23/2023

_____
Signature of applicant

Nicholas R. Lombardi
Printed name of applicant

## CONSENT OF DESIGNEE

I consent to the foregoing designation.

Date: 06/23/2023

_____
Signature of Designee

Hyongsoon Kim
Printed name of Designee

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016                                    Page 3                        F 2090-1.2.APP.NONRES.ATTY

# APPLICATION FEE RECEIPT

# You have successfully paid your application fee using the Pay.gov website.

**Non-Resident Attorney's Name:** Nicholas Lombardi

**Firm Name:** Akin Gump Strauss Hauer & Feld LLP

**Bankruptcy Case Number or Adversary Proceeding Case Number:** 8:23-ap-01054-SC

**Party Name:** David Sun

**Tracking Number:** PHV-230626-000-0256

**Pay.gov Tracking ID:** 2768QV6U

**Amount:** $500

**Date:** 6/26/2023

Please include the tracking number as a reference on any communications with the Court about this transaction. We recommend that you 🖨 print this page for your records.

**For assistance, please contact:**

Attorney Admissions

United States District Court

Central District of California

Tel: (213) 894-2085

**For questions related to payment**, please contact the Fiscal department at fis_cac@cacd.uscourts.gov

Go back to the online form.

## Clerk Services
Court Reporting Services
Courtroom Technology
Employment
Interpreter Services
Naturalization Ceremony Information
Policy For Limited Use of Court Facilities
Records Department
Statistical Reports

## Jurors Information
Jurisdiction
Terms of Service
Requesting an Excuse
Requesting a Postponement
Students
Payment
Juror Amenities
Dress Code
Security
Employer Information
Checking Status / Confirming Reporting Instructions
Certificate of Jury Service
Contact Us
Parking / Directions
Subsistence Information / Hotels

## Attorney Information
Attorney Admissions
Attorney Assistance
Alternative Dispute Resolution (ADR)
Capital Habeas
Criminal Justice Act (CJA)
Lawyer Representatives
Pro Bono
Direct Assignment of Civil Cases to Magistrate Judges Program
Attorney Workroom Copier Password Request
Mileage Rates
Post-Judgment Interest Rates

## Court Procedures
Filing Procedures
Forms
General Orders
Local Rules

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

4 Park Plaza, Suite 1900, Irvine, CA 92614

A true and correct copy of the foregoing document entitled: **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 06/30/23, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (SA): ustpregion16.sa.ecf@usdoj.gov
Richard A Marshack (TR): pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert
+Marshack@titlexi.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 06/30/23 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge: Hon. Scott C. Clarkson, U.S. Bankruptcy Court, Ronald Reagan Federal Building, 411 W. Fourth St., Santa Ana, CA 92701
Debtor/Co-Defendant: Nikola Skrbic, 21661 Brookhurst St., #415, Huntington Beach, CA 92646 Co-Defendants: Azurito, LLC, 21661 Brookhurst St., #415, Huntington Beach, CA 92646;
SL Restaurants, LLC, 21661 Brookhurst St., #415, Huntington Beach, CA 92646
Debtor's Attorney: Thomas J. Polis, Polis & Associates, APLC, 19800 MacArthur Blvd., Ste 1000, Irvine, CA 92612

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/30/23 | Nicole Buttis | /s/ Nicole Buttis |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.